UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE S. ANGUIANO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 07-1102-OP<br><br>JUDGMENT |

　　　Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

///
///
///

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1     IT IS ADJUDGED that Judgment be entered affirming the decision of the
2 Commissioner of Social Security and dismissing this action with prejudice.

5 DATED:    July 23, 2008

                                      HONORABLE OSWALD PARADA
                                      United States Magistrate Judge